Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
DEC 14 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

RECEIVED
DEC 14 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

Hearsaid. (Natural Livingman)
name Travis-Kenard: Dawson.
given

_____
Plaintiff(s)

-v-

Warren Kenneth Paxton Jr.
State Bar of Texas
_____
Defendant(s)
Glenn Hegar
Texas Workforce Commission
Department of labor law collections
Unit

Case No. 1:23-cv-1539 RP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Travis-Kenard: Dawson.
Address: 603 Churchill Crossing
Madison   Tennessee   [37115]
City         State         Zip Code
County: Davidson County
Telephone Number: (418) 213-8632
E-Mail Address: traviskdawson@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Warren Kenneth Paxton Junior
Job or Title (if known): Attorney General
Address: 209 West 14th Street
Austin   Texas   78701
City      State    Zip Code
County: Travis
Telephone Number: (512) 463-2100
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: State Bar of Texas (Men and/or Women)
Job or Title (if known): Private Member Club
Address: 1414 Colorado Street
Austin   Texas   78701
City      State    Zip Code
County: Travis
Telephone Number: 800-204-2222
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Glenn Hegar
Job or Title (if known): Texas Comptroller
Address: 111 East 17th Street, Austin, Texas 78774
County: Travis
Telephone Number: (800) 252-1381
E-Mail Address (if known):

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4
Name: Texas Workforce Commission (men and or woman) Unit
Job or Title (if known): Department of Labor Law Collection Revenue and Trust Management
Address: P.O. Box 877, Austin, Texas 78767
County: Travis
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Conspiracy to deprive Man of life, liberty and pursuit of happiness under color of law pursuant to 18 United States Code 241 and 242 by enforcing monopolies for profit and gain pursuant to 15 United States Code 1

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The state bar of texas employees are responsible for unlawful racketeering, money laundering, violating anti-trust laws, embezzlement, coercion, collusion, barbarism and identity theft (aggravated) by compelling the unauthorized use of social security numbers, selling social security numbers, creating bonds and liens against social security numbers to borrow off of only to make numbers holders/victims pay back their debts.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Between Austin and Dallas Texas to my knowledge regarding the department of labor collections unit and Title IV-D Crime family agencies in Texas

B. What date and approximate time did the events giving rise to your claim(s) occur? Around 2015 to present. Defendants involved which includes corporate employees are possibly and more than likely trading, selling and borrowing against liens and bonds created against social security numbers

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* 42 United States Code 1983- civil action for deprivation of rights: Every man and or woman under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law. These defendants conspired with each other to steal my property from me for profit and gain. They are contractors of the federal office of child support enforcement

Witnesses are employees at the IV-D single and separate unit agencies where the Attorney General who's impersonating as an United States employee is the overseer of in Texas. Othe witness are Texas Workforce Commission Labor Law Collection Unit by the names of David Houston and David Reeves who stated that they are account specialist at this agency who informed me that the attorney general and the Texas Comptroller intercepted the funds which was owed to me by Strike Team Security out of Dallas Texas. Employees at the federal Trade Commission have also been made well aware of such criminality along with the board of disciplinary appeals which is an agency of state bar of Texas. The offering and selling of Social Security Numbers violates 42 United States Code 408 when its done unknowingly without number holders written authorization and consent. This constitutes security fraud through means of falsified information, fraudulent conveyance of language as well as through false and misleading representation regarding public servants who violate their oath of office pursuant to 5 United States Code 3331 to conduct themselves as debt collectors.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Injuries suffered are depression, diabetes, mild anxiety, and financial harm because public servants made decisions to steal my property by the unauthorized use of the social security card and number that employees at the Social Security Administration indemnified me with. This card and number is an insurance policy which protects me from fraudsters and those engaging in criminality because of personal financial interest which constitutes emolument violations.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. 15 United States Code 1
$1,000,000 per man and or woman involved in the scam.
$100,000,000 per corporation involved in the scam.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 6, 2023

Signature of Plaintiff: /S/ : Travis-Kenard Dawson

Printed Name of Plaintiff: Travis Kenard Dawson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        City        State        Zip Code
Telephone Number: _____
E-mail Address: _____