IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS-KENARD DAWSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1539-RP |
| WARREN KENNETH PAXTON, JR., *individually and in his official capacity*, et al., | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

On this date, the Court dismissed Plaintiff's claims against Defendants without prejudice. As nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

**SIGNED** on May 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE